EDWARD V. THEBAUD et al., Respondents, *v.* THE PHENIX INSURANCE COMPANY, Appellant.

*Thebaud* v. *Phenix Ins. Co.,* 34 App. Div. 630, affirmed.
(Submitted November 13, 1900; decided December 4, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

November 19, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Lawrence Kneeland* for appellant.

*Everett Masten* for respondents.

Judgment affirmed, with costs, on authority of *Thebaud* v. *Great Western Ins. Co.* (155 N. Y. 516).

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.